

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | ) Criminal No. 3:25-mj- 05<br>) |
| JUAN CARLOS VARGAS, | )<br>) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Christopher M. Page, being duly sworn state the following:

1.  I am a Special Agent for the Department of Homeland Security (DHS), U.S. Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI) and I am currently assigned to the Richmond Office. I have been employed by HSI since December 2019 and I have attended classes and courses conducted by local, state, and federal agencies regarding the importation, transportation, and distribution of illegal drugs. I have completed the Criminal Investigator Training Program and the HSI Special Agent Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to assuming my position with HSI, I was employed as a State Trooper with the Virginia Department of State Police (VSP) for eight years. During my time as a State Trooper, I was trained to investigate many types of state violations of law to include motor vehicle and criminal statutes. Specifically, I spent six years as a State Trooper assigned to the Counter-Terrorism and Criminal Interdiction Unit (CCI). While assigned to CCI, I investigated numerous incidents of narcotics, currency, and firearm smuggling as well as other types of interstate smuggling.

2. Through investigations and training, I am knowledgeable about state and federal drug and firearm laws, and I have participated in numerous drug trafficking, money laundering, and organized crime investigations that have resulted in the arrest and conviction of numerous members of several different international and domestic criminal organizations for violations of state and federal drug and firearm laws, and the seizure of illegal drugs, U.S. currency, firearms, and forfeitable assets.

3. This affidavit is in support of a criminal complaint charging Juan Carlos VARGAS (VARGAS) with Conspiracy to Possess with the Intent to Distribute 50 Kilograms or More of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, and 841(a)(1) and (b)(1)(C). As part of VARGAS's participation in this conspiracy, which ran from at least October 2020 through November 2023, VARGAS served as a stash house operator.

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during this investigation. This affidavit contains information necessary to support probable cause but is not intended to include each fact and matter observed by me or known to the government.

5. In December 2020, Homeland Security Investigations (HSI) initiated an investigation into the drug trafficking activities of Co-Conspirators 1 and 4, and other members of Co-Conspirator 1 and 4's Drug Trafficking Organization (DTO), based on information gathered from several investigations/seizures that were being conducted independently by Chesterfield County (Virginia) Police Department (CCPD) and other HSI

offices across the United States. Co-Conspirator 1 and 4's DTO operated primarily by directing the transport of massive quantities of marijuana from California via couriers flying on domestic commercial flights to dozens of locations across the country—including Richmond, Virginia—and returned to California with collectively millions of dollars that was subsequently laundered.

*March 28, 2022—Co-Conspirator 2's Arrest in Greensboro, NC*

6. On March 28, 2022, law enforcement at Piedmont Triad International Airport (GSO) in Greensboro, NC encountered Co-Conspirator 2 upon his/her arrival to GSO. Law enforcement conducted an open-air scan, utilizing a narcotics detection canine, of two checked bags belonging to Co-Conspirator 2. Law enforcement received a positive alert to the odor of narcotics coming from both checked suitcases and then observed Co-Conspirator 2 take possession of the suitcases from the baggage carousel. Law enforcement obtained a state search warrant for the suitcases and inside the checked suitcases law enforcement located five individually vacuum-sealed black bags containing marijuana, totaling 50 pounds. Co-Conspirator 2 was arrested, and his/her phones were seized. A state search warrant was obtained for each of Co-Conspirator 2's two phones.

7. A review of the forensic image shows multiple conversations between Co-Conspirator 2 and VARGAS discussing commercial airline flights, flight status, and Co-Conspirator 2's overall status. Based on airline records, many of these conversations took place in/around the time in which Co-Conspirator 2 was acting in a courier capacity for Co-Conspirator 1 and 4's DTO. Further, there are messages in which VARGAS, saved under contact name "Milk Man", stated Co-Conspirator 1 would buzz Co-Conspirator 2 into the parking area. Based on the investigation, Co-Conspirator 1 and 4's DTO utilizes

apartment complexes in the Orange County, CA area that are limited access, requiring a code to enter guest housing areas and the parking garage.

8.  Another exchange occurred on March 25, 2022, at approximately 2233 hours PST. Co-Conspirator 2 tells VARGAS that their (Co-Conspirator 2's) flight leaves at 0530 PST from LAX on Monday (presumably Monday, March 28, 2022). Co-Conspirator 2 asked what time the bags will be done on Sunday and appears to say they will most likely be at Co-Conspirator 3's residence (Co-Conspirator 3 is an identified courier/stash house operator for Co-Conspirator 1 and 4's DTO). VARGAS responded on Sunday March 27, 2022, at approximately 1642 hours PST, stating that the bags should be ready around 1150 hours. VARGAS asked if Co-Conspirator 2 will be coming to pick up the bags, and Co-Conspirator 2 responds that they will pick up from VARGAS and that they can be there around 0030 hours (March 28, 2022). At approximately 2329 hours PST on March 27, 2022, Co-Conspirator 2 tells VARGAS that they are 20 minutes away, and at 0021 hours PST on March 28, 2022, VARGAS tells Co-Conspirator 2 that he (VARGAS) will be leaving in four minutes.

9.  Flight records show that on March 28, 2022, at around 0700 hours PST, Co-Conspirator 2 departed LAX aboard Delta flight 1339 to Detroit, Michigan and then boarded connecting Delta flight 4939 bound for Greensboro, North Carolina. As detailed above, Co-Conspirator 2 was arrested upon arrival in the airport in Greensboro, North Carolina with approximately 50 pounds of marijuana concealed in two checked suitcases.

*December 1, 2022—Seizure of USPS Parcel*

10. On December 1, 2022, law enforcement seized a United States Postal Service parcel destined to an address in the Eastern District of Virginia. Pursuant to a

federal search warrant, law enforcement located four pounds of marijuana and five pounds of THC extracts inside of the parcel. The contents of the parcel, to include packaging materials, were sent to the Customs and Border Protection laboratory for analysis. Fingerprints from the packaging material were a positive match to VARGAS.

*December 10, 2022—Subpoena Information for Stash House Locations*

11.   On December 10, 2022, an HSI administrative subpoena issued, requesting lease agreements and correspondence for Greystar properties in the state of California from January 1, 2020, through December 9, 2022, for numerous individuals identified during this investigation. Greystar owns multiple properties throughout California, and investigators were specifically looking for current rentals at Luce Apartments located at 7290 Edinger Ave., Huntington Beach, California 92647 (Luce). The two current leaseholders identified at that time were "Juan VARGAS" for Unit 3013, and "Co-Conspirator 4" for Unit 1051.

12.   The Unit 3013 application payment, $53, and the holding deposit payment, $750, were paid on September 28, 2022, with a Visa debit card ending in 8427 belonging to Co-Conspirator 1's wife with a billing address of 7290 Edinger Ave., #3013, Huntington Beach, California 92647. A review of the lease agreement showed a date of September 30, 2022, through October 25, 2023, with a monthly payment of $3,748. VARGAS is listed as the only resident of the unit on the lease agreement.

*March 30, 2023—Co-Conspirator 5's Interaction with Law Enforcement in Cleveland, OH*

13.   On March 30, 2023, Co-Conspirator 5 was encountered in Cleveland, OH. Law enforcement at Cleveland Hopkins International Airport received a positive alert for the odor of narcotics coming from two checked suitcases with Co-Conspirator 5's name on

each. Co-Conspirator 5 was followed to a local hotel and was observed meeting with two individuals. A short time later, law enforcement encountered Co-Conspirator 5 and located approximately 50 pounds of marijuana, Co-Conspirator 5's cell phone, and $57,128 in U.S. currency in Co-Conspirator 5's hotel room.

14. A federal search warrant was obtained in the Eastern District of Virginia for Co-Conspirator 5's cell phone and a review of the forensic image showed multiple contacts saved with known members of Co-Conspirator 1 and 4's DTO, to include Co-Conspirator 1, Co-Conspirator 4, and VARGAS.

*April 11, 2023—Controlled Purchase of Narcotics from Co-Conspirator 1 and 4's DTO*

15. On April 11, 2023, law enforcement in the Eastern District of Virginia conducted a controlled purchase of marijuana, psilocybin mushrooms, and THC resin from a Telegram account utilized by Co-Conspirator 1 and 4's DTO. The narcotics were shipped via UPS to an address law enforcement provided. The packaging material from the narcotics was submitted to the HSI Forensic Laboratory for latent print analysis. Five fingerprints belonging to VARGAS were identified on the packaging material to include a plastic container lid, mylar bags, and Shield-n-Seal bag. One fingerprint belonging to Co-Conspirator 3 was identified on the adhesive side of the tape from the box used to ship the narcotics. Based on information developed by law enforcement at the time of seizure, VARGAS and Co-Conspirator 3 worked for Co-Conspirator 1 and 4's DTO in stash house operator roles and their fingerprints were imprinted on the items while packaging the narcotics for distribution.

*June 22, 2023—Installation of Covert Surveillance Camera at Luce*

16. On February 21, 2023, I received written permission from Greystar to install

a covert camera in the public area of the hallway near units 1051 and 3013. On June 22, 2023, a covert surveillance camera was installed in the hallway with a view of the comings and goings near units 1051 and 3013.

17. On August 11, 2023, at 3:01 a.m., VARGAS was observed on the covert camera on the third floor walking away from unit 3013 with a large black duffle bag on his right shoulder that appears to be weighted. The large black duffle bag is a "hockey"-style bag that would hold all of a hockey player's equipment. Based on the shape of the bag, the bag does not appear flimsy while VARGAS is carrying the bag, and VARGAS is leaning slightly to his left. It appears VARGAS is leaning to his left to help counterbalance the weight of the large duffle bag on his right shoulder. At 3:02 a.m., VARGAS is observed on the covert camera on the first floor with what appears to be the same large black duffle bags and entered unit 1051. VARGAS's actions, and the common facts in the application documents as described above, indicate that the two apartments are used for common purposes, and investigators believe both are or were used as stash houses.

*Co-Conspirator 2 Debrief*

18. Against his/her penal interests, Co-Conspirator 2 detailed his/her knowledge of Co-Conspirator 1 and 4's DTO with law enforcement. Co-Conspirator 2 stated they worked for Co-Conspirator 1, as did VARGAS. Co-Conspirator 2 was shown a picture of Co-Conspirator 1 and VARGAS and positively identified each. Co-Conspirator 2 knew VARGAS as "Milk Man." VARGAS was the individual who would package the suitcases containing marijuana and the two would meet at random locations in the Orange County, CA area the night before Co-Conspirator 2's flights and VARGAS would give Co-Conspirator 2 the suitcase(s) containing marijuana. Co-Conspirator 2 stated that a "half

drop" was one suitcase containing marijuana and a "full drop" was two suitcases containing marijuana.

19.     Based on the facts and information set forth above, I respectfully submit that there is probable cause to believe that VARGAS has committed the federal offense of Conspiracy to Possess with the Intent to Distribute and Distribute 50 Kilograms or More of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, and 841(a)(1) and (b)(1)(C).

Respectfully Submitted,

_____
Christopher M. Page
Special Agent
Homeland Security Investigations

Reviewed and Approved by AUSA Shea Gibbons

Subscribed and sworn to before me, January 23, 2025, at Richmond, Virginia.

_____/s/_____
Hon. Summer L. Speight
United States Magistrate Judge